# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 447 EAL 2020

          Respondent              :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

          v.                    :

JOSE LABOY,                          :

          Petitioner              :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 448 EAL 2020

          Respondent              :

                                  :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

          v.                    :

JOSE LABOY,                          :

          Petitioner              :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 449 EAL 2020

          Respondent              :

                                  :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

          v.                    :

JOSE LABOY,                          :

          Petitioner              :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 450 EAL 2020

          Respondent              :

                                  :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

          v.                    :

JOSE LABOY,

              Petitioner

      :
      :
      :
      :
      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.

[447 EAL 2020, 448 EAL 2020, 449 EAL 2020 and 450 EAL 2020] - 2